## Joseph M. FERN, Claimant–Appellant,

v.

## Robert A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2013–7129.

United States Court of Appeals, Federal Circuit.

Oct. 14, 2014.

Kenneth M. Carpenter, Carpenter, Chartered, of Topeka, KS, argued for claimant-appellant.

Eric P. Bruskin, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Stuart F. Delery, Assistant Attorney General, Robert E. Kirschman, Jr., Director, and Martin F. Hockey, Jr., Assistant Director. Of counsel on the brief was David J. Barrans, Deputy Assistant General

Counsel, United States Department of Veterans Affairs, of Washington, DC. Of counsel was Joshua Mayer, Attorney.

MOORE, O'MALLEY, and REYNA, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**